**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 28, 2019.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-19-00183-CV

---

### IN RE JEFFREY M. BURNS D/B/A SOUTHWEST TEXAS PARALEGAL SERVICES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-234597**

---

## MEMORANDUM OPINION

On March 6, 2019, relator Jeffrey M. Burns d/b/a Southwest Texas Paralegal Services filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to

compel the Honorable Rodney O'Neil Williams, presiding judge of the 268th District Court of Fort Bend County, to set aside his January 23, 2019 order referring the underlying case to mediation and appointing the Honorable Brady Elliott mediator.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for emergency stay and first supplemental motion for emergency stay.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.

2